M. P. No. 1594. DOLORES ANN MATTHEWS v. FALVEY LINEN SUPPLY, INC. Motion for counsel fee pursuant to G.L. 1956, §28-35-32, as amended, granted in the amount of $900 for

services rendered before Supreme Court and the Workmen's Compensation Commission pending appeal. *James P. Flynn,* for petitioner. *Martin M. Zucker,* for respondent.